United States District Court
Northern District of California

1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

8

9

10

11

12

| | |
|---|---|
| **GREGORY A. KOVAC,** | Case No.: 15-cv-04552 YGR |
| **Plaintiff,** | **ORDER GRANTING MOTION TO DISMISS; REMANDING ACTION** |
| **vs.** | |
| **EXCEL REALTY AND MORTGAGE, INC.,** *et al.*, | **RE: DKT. NO. 16** |
| **Defendants.** | |

13

14

15

16

17

18

19

20

Plaintiff Gregory A. Kovac brings this removed wrongful foreclosure action against defendants.  On October 30, 2015, Defendant Federal Housing Finance Agency ("FHFA") filed a motion to dismiss on the grounds that plaintiff failed to serve FHFA properly or in a timely manner, plaintiff failed to state a claim against FHFA, and plaintiff failed to exhaust his administrative remedy prior to filing the action.  (Dkt. No. 16.)  On November 30, 2015, plaintiff filed a statement on non-opposition to defendant FHFA's motion to dismiss.  (Dkt. No. 21.)  Accordingly, the Court hereby **GRANTS** FHFA's motion to dismiss **WITHOUT LEAVE TO AMEND**.

21

22

23

24

25

26

27

FHFA removed this action on the basis that its presence as a United States government defendant permitted removal under 28 U.S.C. section 1442(a)(1).  (*See* Notice of Removal, Dkt. No. 1.)  The remaining defendants did not join in the removal of this action.  This Order disposes of plaintiff's claims against the FHFA entirely and no other party has sought to invoke this Court's jurisdiction over any remaining claims.  Remand is justified on this basis alone.  In addition, without the presence of FHFA, the Court cannot discern any basis for jurisdiction over the remaining defendants for plaintiff's state law claims.  Consequently, this action is hereby **REMANDED**.

This Order terminates Docket No. 16.

28

1    The Clerk of Court is directed to **REMAND** this action to the Superior Court of California,

2  County of Alameda.

3    **IT IS SO ORDERED.**

4

5  Dated: December 2, 2015

_____

6  **YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

7

United States District Court

Northern District of California

2